UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALEXANDER QUARTERMAN,<br><br>                    Plaintiff,<br><br>         v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Defendant(s). | Case No. 5:21-cv-338-AB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: September 2, 2021

HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge