JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALEXANDER QUARTERMAN, | Case No. 5:21-cv-338-AB (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: September 2, 2021

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge